In the Matter of the Arbitration between 142 FIFTIETH CORPORA-TION, Appellant, and 150 EAST 50TH STREET CORP., Respondent.

Argued May 16, 1951; decided June 1, 1951.

*Philip Jones* for appellant.

*Milton M. Rosenbloom* and *Alfred Taffet* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.